**WALLACE et al., Movants, v. HOME & SAVINGS BUILDING**

Court of Appeals of Kentucky.

(Decided May 26, 1936.)

DAVID BROWNING for movant.

FRANK C. MALIN opposed.

PER CURIAM.

Appeal denied.  Judgment affirmed.

**STEELEY, Movant, v. CITY OF WILLIAMSBURG, Opposed.**

Court of Appeals of Kentucky.

(Decided June 5, 1936.)

L. O. SILER for movant.

J. B. JOHNSON opposed.

PER CURIAM.

Appeal denied.  Judgment affirmed.

**SNOW, Movant, v. ESSEX BROTHERS, FUNERAL DIRECTORS.**

Court of Appeals of Kentucky.

(Decided June 16, 1936.)

WHEELER, WHEELER & SHELBOURNE for movant.

R. O. WILLINGHAM opposed.

PER CURIAM.

Appeal denied.  Judgment affirmed.